| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | Ref. No. or File No.: 23-2490 | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: MONICA SANTANA, ET AL.
Defendant: 23ANDME, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 3:23-cv-05147-LB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; SUMMONS IN A CIVIL ACTION; COMPLAINT FOR NEGLIGENCE, BREACH OF IMPLIED CONTRACT, INVASION OF PRIVACY AND UNJUST ENRICHMENT; ORDER REASSIGNING CASE; NOTICE OF ELIGIBILITY FOR VIDEO RECORDING

3. a. Party served: 23ANDME, INC.
   b. Person served: JENN BAUTISTA, AUTHORIZED AGENT FOR SERVICE OF PROCESS, Hispanic, Female, 30 Years Old, Brown Hair, Brown Eyes, 5 Feet 4 Inches, 170 Pounds

4. Address where the party was served: C/O: CSC-LAWYERS INCORPORATING SERVICE
   2710 GATEWAY OAKS DRIVE, SUITE 150N
   SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Oct. 13, 2023 (2) at: 11:25AM

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. T. ANDY HARRIS
   b. GLOBAL PROCESS SERVICES
   P.O. BOX 961556
   MIAMI, FL 33296
   c. (786) 287-0606

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 81-002
      (iii) County: Sacramento
      (iv) Expiration Date: Thu, Jan. 02, 2025

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Oct. 13, 2023

(T. ANDY HARRIS)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

4065.127209

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
  _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: