1  **GREENBERG TRAURIG, LLP**
   Ian C. Ballon (SBN 141819)
2  *Ballon@gtlaw.com*
   1900 University Avenue, 5th Floor
3  East Palo Alto, California 94303
4  Telephone: 650-328-8500

5  Rebekah S. Guyon (SBN 291037)
   *GuyonR@gtlaw.com*
6  1840 Century Park East, Suite 1900
   Los Angeles, California 90067
7  Telephone: 310-586-7700

8
   Kristin O'Carroll (SBN 312902)
9  *ocarrollk@gtlaw.com*
   101 Second Street, Suite 2200
10 San Francisco, California 94105-3668
   Telephone: 415-655-1300
11
12 *Attorneys for Defendant 23andMe, Inc.*

13

14                    **UNITED STATES DISTRICT COURT**

15                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16

17 | MONICA SANTANA and PAULA KLEYNBURD, on behalf of themselves and all others similarly situated, | CASE NO.  3:23-cv-05147 |
18 |  | Hon. Edward M. Chen |
19 | *Plaintiffs*, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 6-1(a)]** |
20 | v. |  |
21 | 23ANDME, INC., |  |
22 | *Defendant*. |  |

Pursuant to Local Rule 6-1(a), 23andMe, Inc. ("Defendant") and Plaintiffs Monica Santana and Paula Kleynburd ("Plaintiffs") (collectively the "Parties") hereby stipulate and agree that Defendant may have an extension of time, until and including January 2, 2024, to respond to Plaintiffs' Complaint.

The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint on October 9, 2023;

WHEREAS, Plaintiffs served the Summons and Complaint on Defendant on October 13, 2023;

WHEREAS, Defendant's initial deadline to respond under the Federal Rules of Civil Procedure was November 3, 2023;

WHEREAS, extending Defendant's response deadline will save Party and Court resources by allowing counsel for the Parties to determine an efficient method of litigating this case with many similar suits recently filed in the Northern District of California;

WHEREAS, Northern District of California Local Rule 6-1(a) provides that the extension of time to respond to the complaint is effective without court approval;

NOW THEREFORE, IT IS HEREBY STIPULATED by, between and among Plaintiffs and Defendant that:

The deadline for Defendant to file its respective responsive pleading to Plaintiffs' Complaint is extended sixty days from November 3, 2023, up to and including January 2, 2024.

DATED:  November 3, 2023                GREENBERG TRAURIG, LLP

                                        By:    /s/ Rebekah S. Guyon
                                               Rebekah S. Guyon
                                               Attorneys for Defendant
                                               23andMe, Inc.

DATED:  November 3, 2023

                                        By:    /s/ Scott Edelsberg
                                               Scott Edelsberg
                                               Attorneys for Plaintiffs and Proposed Class

ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3):

I, Rebekah S. Guyon, counsel for Defendant, attest that all Signatories have concurred in the filing of the document.

DATED: November 3, 2023         GREENBERG TRAURIG, LLP

By:    */s/ Rebekah S. Guyon*
Rebekah S. Guyon
Attorneys for Defendant
23andMe, Inc.