UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARIS MIRZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>23ANDME, INC.,<br><br>　　　　　Defendant. | Case No.  3: 23-cv-05259-JSC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ALEXANDER HOFFMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>23ANDME, INC.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-05332-JSC |
| STEPHEN L. SEIKEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>23ANDME, INC.,<br><br>　　　　　Defendant. | Case No. 3: 23-cv-05419-JSC |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are REFERRED to the Honorable Judge Chen for consideration of whether the cases are related to *Santana et al v. 23andMe, Inc.*, 23-cv-05147.

　　　　**IT IS SO ORDERED.**

Dated: November 8, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge