**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| J.S., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>23ANDME, INC., et al.,<br><br>      Defendants. | Case No. 23-cv-05234-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| LAQUISHA SMITH,<br><br>      Plaintiff,<br><br>v.<br><br>23ANDME, INC.,<br><br>      Defendant. | Case No. 23-cv-05548-BLF |

Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED to the Honorable Judge Edward M. Chen for consideration of whether the cases are related to *Santana et al v. 23andMe, Inc.*, Case No. 23-cv-05147.

**IT IS SO ORDERED.**

Dated: November 14, 2023

_____
BETH LABSON FREEMAN
United States District Judge