UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ANDRIZZI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>23ANDME, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-05198-JSC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Judge Chen for consideration of whether the case is related to *Santana et al v. 23andMe, Inc.*, 23-cv-05147.

**IT IS SO ORDERED.**

Dated: November 15, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　	　　　　　　　　　　　　　　United States District Judge