1

2

3

4               UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7   MELANIE BERMAN, et al.,

                    Plaintiffs,

8

       v.

9

10   23ANDME, INC.,

                    Defendant.

11

Case No. 4:23-cv-05345-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14 Honorable Edward M. Chen for consideration of whether the case is related to *Santana et al v.*

15 *23andMe, Inc.*, 23-cv-05147-EMC.

16        IT IS SO ORDERED.

17 Dated: November 20, 2023

18                           _____

19                        KANDIS A. WESTMORE
                       United States Magistrate Judge

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California