UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS FURIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>23ANDME, INC.,<br><br>Defendant. | Case No. 23-cv-05565-SI<br><br>**JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Judge Chen for consideration of whether the case is related to *Santana et al v. 23andMe, Inc.*, 23-cv-05147.

**IT IS SO ORDERED**.

Dated: November 20, 2023

_____
SUSAN ILLSTON
United States District Judge