1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10

11  MICHAEL SCHUTZ, CODY VOGEL, and
    EILEEN MULLEN, individually and on behalf
12  of all others similarly situated,

13                    Plaintiffs,

14          v.

15  23ANDME, INC.,

16                    Defendant.

Case No. 3:23-cv-05579-DMR

~~[PROPOSED]~~ ORDER GRANTING
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD
BE RELATED PURSUANT TO CIVIL
LOCAL RULES 3-12 AND 7-11

17

18

19

20

21

22

23

24

25

26

27

28

This Court, having considered the administrative motion by Plaintiffs Michael Schutz, Cody Vogel, and Eileen Mullen to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11,

IT IS HEREBY ORDERED THAT the action entitled *Schutz, et al. v. 23andMe, Inc.*, Case No. 3:23-cv-05579 (the "*Schutz* Action"), which was filed on October 30, 2023, and is currently assigned to Magistrate Judge Donna M. Ryu is related to *Santana, et al. v. 23andMe, Inc.*, Case No. 3:23-cv-05147-EMC (N.D. Cal) (the "*Santana* Action") filed on October 9, 2023, the first-filed action, currently assigned to the Honorable Edward M. Chen.

IT IS FURTHER ORDERED THAT the *Schutz* Action be reassigned to this Court for all further proceedings.

IT IS SO ORDERED.

DATED:  November 20, 2023

_____
Hon. Edward M. Chen
United States District Judge