UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIANE FARMER,<br><br>  Plaintiff,<br><br>  v.<br><br>23ANDME, INC.,<br><br>  Defendant. | Case Nos. 5:23-cv-05341 NC<br>            5:23-cv-05677 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| BRIANNA SORENSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>23ANDME, INC.,<br><br>  Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward M. Chen for consideration of whether the case is related to 3:23-cv-05147 EMC, *Monica Santana and Paula Kleynburd v. 23ANDME, INC*.

**IT IS SO ORDERED.**

Dated: November 20, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 23-cv-05341 NC
SUA SPONTE JUDICIAL REFERRAL