# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BONNIE EDEN, DANIEL PINHO, THOMAS SEAWRIGHT and PAMELA ZAGER-MAYA, on behalf of themselves and all others similar situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>23ANDME, INC.,<br><br>*Defendant.* | Case No. 4:23-cv-05200-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1   The Court, having considered Plaintiffs' motion to relate *Eden, et al. v. 23andMe, Inc*,
2   Case No. 4:23-cv-05200-HSG (N.D. Cal.) and *Santana, et al. v. 23andMed, Inc.* No. 3:23-cv-
3   05147-EMC (N.D. Cal), and good cause appearing, HEREBY GRANTS the motion.
4   The Actions concern substantially the same parties, property, transactions or events, and
5   it appears likely that there will be an unduly burdensome duplication of labor or expense or
6   conflicting results if this case is conducted before different judges.
7   *Eden, et al. v. 23andMe, Inc*, Case No. 4:23-cv-05200-HSG (N.D. Cal.) shall be
8   reassigned to the undersigned pursuant to local Rule 3-12(f).
9   Dated: November 20, 2023

          _____
          Hon. Edward M. Chen
          United States District Judge