UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX ALPERSTEIN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>23ANDME, INC.,<br><br>    Defendant. | Case No. 23-cv-05541-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On 10/26/2023, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Edward M. Chen to determine whether it is related to *Santana et al v. 23andMe, Inc.*, 23-cv-05147-EMC.

**IT IS SO ORDERED.**

Dated: November 20, 2023

Donna M. Ryu
Chief Magistrate Judge