UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VICKERY,<br><br>        Plaintiff,<br><br>v.<br><br>23ANDME, INC.,<br><br>        Defendant. | Case No. 23-cv-05635-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Judge Chen for consideration of whether the case is related to *Santana et al v. 23andMe, Inc.*, 23-cv-05147.

**IT IS SO ORDERED.**

Dated: 11/21/2023

_____
RITA LIN
United States District Judge