UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>23ANDME, INC.,<br><br>　　　　　Defendant. | Case No.  23-cv-05717-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Judge Chen for consideration of whether the case is related to *Santana et al v. 23andMe, Inc.*, 23-cv-05147.

　　　　**IT IS SO ORDERED.**

Dated: November 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RITA LIN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge