UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY LAMONS,<br><br>        Plaintiff,<br><br>    v.<br><br>23ANDME, INC.,<br><br>        Defendant. | Case No. 23-cv-05178-PCP<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward M. Chen for consideration of whether the case is related to *Santana et al. v. 23andMe, Inc.*, No. 23-cv-5147.

**IT IS SO ORDERED.**

Dated: November 20, 2023

_____

P. CASEY PITTS
United States District Judge