# PROOF OF SERVICE

I am a citizen of the United States and am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **1840 Century Park East, Suite 1900, Los Angeles, California 90067; Email: mari.gatewood@gtlaw.com.**

On December 22, 2023, I served the following: **NOTICE OF FILING OF MOTION FOR TRANSFER AND CONSOLIDATION OF DEFENDANT 23ANDME, INC. LITIGATION PURSUANT TO 28 U.S.C. § 1407**, on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY FIRST CLASS MAIL)** I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☒ **(BY E-MAIL)** By transmitting via e-mail the document(s) listed above to the addresses set forth above on this date before 5:00 p.m. This method of service was made pursuant to the agreement of counsel.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

                                         */s/ Mari Gatewood*
                                         Mari Gatewood

# SERVICE LIST

Scott Edelsberg
EDELSBERG LAW, P.A.
scott@edelsberglaw.com
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
Andrew J. Shamis
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 400
Miami, FL 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

**Attorneys for Plaintiffs Santana and Kleynburd**