| | |
|---|---|
| 1 | **GREENBERG TRAURIG, LLP** |
| 2 | Ian C. Ballon (SBN 141819) |
|   | *Ballon@gtlaw.com* |
| 3 | 1900 University Avenue, 5th Floor |
|   | East Palo Alto, California 94303 |
| 4 | Telephone: 650-328-8500 |
| 5 | |
|   | Rebekah S. Guyon (SBN 291037) |
| 6 | *GuyonR@gtlaw.com* |
|   | 1840 Century Park East, Suite 1900 |
| 7 | Los Angeles, California 90067 |
|   | Telephone: 310-586-7700 |
| 8 | |
|   | Kristin O'Carroll (SBN 312902) |
| 9 | *ocarrollk@gtlaw.com* |
|   | 101 Second Street, Suite 2200 |
| 10 | San Francisco, California 94105-3668 |
| 11 | Telephone: 415-655-1300 |
| 12 | Attorneys for Defendant 23andMe, Inc. |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MONICA SANTANA AND PAULA KLEYNBURD, on behalf of themselves and all others similarly situated, | CASE NO. 3:23-cv-05147-EMC |
| | Hon. Edward M. Chen |
| *Plaintiffs*, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| 23ANDME, INC., | |
| *Defendant*. | |

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT

23andMe, Inc. ("Defendant") and Plaintiffs Monica Santana and Paula Kleynburd, on behalf of all others similarly situated ("Plaintiffs") (collectively the "Parties"), hereby stipulate and agree that Defendant shall have an extension of time, until and including February 1, 2024, to respond to Plaintiffs' Complaint.

The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint on October 9, 2023;

WHEREAS, Plaintiffs served the Summons and Complaint on Defendant on October 13, 2023;

WHEREAS, Defendant's initial deadline to respond under the Federal Rules of Civil Procedure was November 3, 2023;

WHEREAS, on November 3, 2023, the Parties stipulated and agreed that Defendant may have an extension of time, until and including January 2, 2024, to respond to Plaintiffs' Complaint pursuant to Northern District of California Local Rule 6-1(a);

WHEREAS, the Parties have agreed, in furtherance of judicial economy, to an extension of time for Defendant to respond to the Complaint, through and including February 1, 2024;

WHEREAS, no Party will be prejudiced by a brief extension of time;

NOW THEREFORE, IT IS HEREBY STIPULATED by, between and among Plaintiffs and Defendant that:

The deadline for Defendant to file its respective responsive pleading to Plaintiffs' Complaint is extended thirty days from January 2, 2024, up to and including February 1, 2024.

DATED: January 2, 2024                   GREENBERG TRAURIG, LLP

                                         By:   /s/ Rebekah S. Guyon
                                               Rebekah S. Guyon
                                               Attorneys for Defendant, 23andMe, Inc.

DATED: January 2, 2024                   EDELSBERG LAW, P.A.

                                         By:   /s/ Scott Edelsberg
                                               Scott Edelsberg
                                               Attorneys for Plaintiffs and Proposed Class

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

I, Rebekah S. Guyon, counsel for Defendant, attest that all Signatories have concurred in the filing of the document.

DATED: January 2, 2024                        GREENBERG TRAURIG, LLP

By: _/s/ Rebekah S. Guyon_
Rebekah S. Guyon
Attorneys for Defendant, 23andMe, Inc.

**[PROPOSED] ORDER**

The deadline for Defendant to file its respective responsive pleading to Plaintiffs' Complaint is February 1, 2024.

DATED: this __ day of January, 2024

                                                            _____
                                                            Hon. Edward M. Chen
                                                            United States District Court Judge