IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA RYAN,<br><br>    Plaintiff,<br><br>v.<br><br>23ANDME, INC.,<br><br>    Defendant. | Case No. 23-cv-05968-CRB<br><br>**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Judge Chen for consideration of whether the case is related to Santana et al. v. 23andMe, Inc., No. 3:23-cv-5147.

**IT IS SO ORDERED.**

Dated: January 3, 2024

_____
CHARLES R. BREYER
United States District Judge