**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email: *lking@kaplanfox.com*
          *mgeorge@kaplanfox.com*
          *breed@kaplanfox.com*

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAIRE PADDY and NEIL HAVEN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>23ANDME, INC.,<br><br>                    Defendant. | Case No. 4:23-cv-06698-KAW<br><br>**DECLARATION OF MATTHEW B. GEORGE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

I, Matthew B. George, declare as follows:

1. I am a partner with Kaplan Fox & Kilsheimer LLP, counsel for Plaintiffs Claire Paddy and Neil Haven ("*Paddy* Plaintiffs"), in the above entitled action, *Paddy, et al. v. 23andMe, Inc.*, Case No. 4:23-cv-06698-KAW (the "*Paddy* Action").  I submit this Declaration in Support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11.  I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2. The *Paddy* Action was filed on December 29, 2023, and is currently assigned to Magistrate Judge Kandis A. Westmore.  *Santana, et al. v. 23andMe, Inc.*, Case No. 3:23-cv-05147-EMC (N.D. Cal) (the "*Santana* Action") was filed on October 9, 2023, and is the first-filed action. The *Santana* Action is currently assigned to the Honorable Edward M. Chen.

3. There are at least 20 other cases filed in this District that have already been related to the *Santana* Action.  *See* Case No. 3:23-cv-05147-EMC, ECF Nos. 24 and 30 (collectively, the "23andMe Actions").  The *Paddy* Plaintiffs expect that additional cases arising from 23andMe's breach of personal and confidential information will ultimately be related to the *Santana* Action as well.

4. The *Paddy* and *Santana* Actions involve the same Defendant and substantially the same facts.  *See* Civ. L.R. 3-12(a)(1).  Specifically, Plaintiffs in both of the cases are consumers who allege that their private personally identifiable information ("PHI") and personal genetic information ("PGI") was stolen from 23andMe by unauthorized persons in early October 2023 (the "Data Breach"). Furthermore, both of the cases are putative class actions seeking to represent substantially similar, if not identical, putative classes, and seek damages and other relief.  As such, each action will require adjudication of substantially the same questions of law and fact.

5. Concurrently with the filing of this Administrative Motion, the parties in the related action will be served with copies of this motion and all supporting documents filed with it.

/ / /

- 1 -   Case No. 4:23-cv-06698-KAW
Decl. of Matthew B. George iso Admin. Mot to Consider Whether Cases Should be Related

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 4th day of January, 2024 at San Diego, California.

/s/ *Matthew B. George*
Matthew B. George