1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CLAIRE PADDY and NEIL HAVEN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

23ANDME, INC.,

Defendant.

Case No. 4:23-cv-06698-KAW

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**

1    This Court, having considered the administrative motion by Plaintiffs Claire Paddy and Neil

2    Haven to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11,

3    IT IS HEREBY ORDERED THAT the action entitled *Paddy, et al. v. 23andMe, Inc.*, Case No.

4    4:23-cv-06698-KAW (the "*Paddy* Action"), which was filed on December 29, 2023, and is currently

5    assigned to Magistrate Judge Kandis A. Westmore is related to *Santana, et al. v. 23andMe, Inc.*, Case

6    No. 3:23-cv-05147-EMC (N.D. Cal) (the "*Santana* Action") filed on October 9, 2023, the first-filed

7    action, currently assigned to the Honorable Edward M. Chen.

8    IT IS FURTHER ORDERED THAT the *Paddy* Action be reassigned to this Court for all further

9    proceedings.

10    IT IS SO ORDERED.

11

12    DATED:_____          _____

13                                              Hon. Edward M. Chen
                                              United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMIN. MOT TO CONSIDER WHETHER CASES SHOULD BE RELATED