**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650-328-8500

Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendant 23andMe, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA SANTANA AND PAULA KLEYNBURD, on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br>v.<br><br>23ANDME, INC.,<br><br>  *Defendant*. | **CASE NO.  3:23-cv-05147-EMC**<br>Related Cases: 3:23-cv-05200; 3:23-cv-05579; 3:23-cv-05281; 3:23-cv-05178; 3:23-cv-05198; 3:23-cv-05234; 3:23-cv-05259; 3:23-cv-05302; 3:23-cv-05323; 3:23-cv-05332; 3:23-cv-05341; 3:23-cv-05345; 3:23-cv-05369; 3:23-cv-05419; 3:23-cv-05439; 3:23-cv-05464; 3:23-cv-05541; 3:23-cv-05548; 3:23-cv-05565; 3:23-cv-05635; 3:23-cv-05677; 3:23-cv-05717; 3:23-cv-05768; 3:23-cv-05779<br><br>[Assigned for all purposes to the Honorable Edward M. Chen]<br><br>**DEFENDANT 23ANDME, INC.'S RE-NOTICE OF ITS MOTION TO STAY PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 22, 2024, at 1:30 p.m., or as soon as the matter can be heard, in Courtroom 5 on the 17th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant 23andMe, Inc. (hereinafter "23andMe" or "Defendant"), will and does move this Court for an order staying all proceedings in this matter and vacating current deadlines, including those set by the case management schedule, pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") regarding consolidation of at least 30 related cases against 23andMe. This motion is based on this Re-Notice of Motion and Motion, the accompanying Memorandum of Law, other documents on file in this action, matters that may be judicially noticed, and any oral argument of counsel.

This motion is made following the conference of counsel, which took place on December 19 and 27, 2023. Despite a sincere effort to do so, the parties have been unable to reach a resolution.

DATED:  January 5, 2024                    GREENBERG TRAURIG, LLP

                                           By:    */s/Ian C. Ballon*
                                                  Ian C. Ballon
                                                  Attorneys for Defendant, 23andMe, Inc.