1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

8
9
10

MONICA SANTANA AND PAULA
KLEYNBURD, on behalf of themselves and all
others similarly situated,

　　　*Plaintiffs*,

v.

23ANDME, INC.,

　　　*Defendant*.

11
12
13
14
15
16

**CASE NO.  3:23-cv-05147-EMC**
 Related Cases: 3:23-cv-05200; 3:23-cv-05579;
3:23-cv-05281; 3:23-cv-05178; 3:23-cv-05198;
3:23-cv-05234; 3:23-cv-05259; 3:23-cv-05302;
3:23-cv-05323; 3:23-cv-05332; 3:23-cv-05341;
3:23-cv-05345; 3:23-cv-05369; 3:23-cv-05419;
3:23-cv-05439; 3:23-cv-05464; 3:23-cv-05541;
3:23-cv-05548; 3:23-cv-05565; 3:23-cv-05579;
3:23-cv-05635; 3:23-cv-05677; 3:23-cv-05717;
3:23-cv-05768; 3:23-cv-05779; 3:23-cv-05980;
3:23-cv-06205; 3:23-cv-06481; 3:23-cv-06698;
3:23-cv-06719

[Assigned for all purposes to the Honorable
Edward M. Chen]

**[PROPOSED] ORDER GRANTING
23ANDME'S ADMINISTRATIVE MOTION
TO CONTINUE CASE MANAGEMENT
CONFERENCE PENDING DECISION ON
MOTION TO STAY**

17
18
19
20
21
22
23
24
25
26
27
28

1

Having reviewed 23andMe, Inc.'s Administrative Motion to continue the Case Management Conference set for January 23, 2024 until thirty (30) days after the Court rules on Defendant's earlier filed Motion to Stay Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation ("JPML"), and good cause appearing, this Court hereby finds the following:

The Initial Case Management Conference set for January 23, 2024, and the due date for the Joint Case Management Statement due January 16, 2024 be continued to thirty (30) days after the Court rules on Defendant's filed Motion to Stay Proceedings Pending Transfer by the JPML pursuant to 18 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, *In re: 23andMe, Inc. Litigation*, MDL No. 3098.

**IT IS SO ORDERED.**

DATED: January  17 , 2024

By: _____

Hon. Edward M. Chen

United States District Judge

2

[PROPOSED] ORDER GRANTING 23ANDME'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING DECISION ON MOTION TO STAY

ACTIVE 692785468v2