Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs David Melvin, J.L., and the Putative Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **DAVID MELVIN and J.L.**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**23ANDME, INC.**, a Delaware corporation,<br><br>*Defendant.* | Case No.: 3:24-cv-00487-SK<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

Plaintiffs David Melvin and J.L. submit this administrative motion pursuant to Civil Local Rules 3-12 and 7-11 to consider whether the above-entitled action, *Melvin, et al. v. 23andMe, Inc.*, No. 3:24-cv-00487-SK (N.D. Cal) (the "*Melvin* Action"), should be related to *Santana, et al. v. 23andMe, Inc.*, No. 3:23-cv-05147-EMC (N.D. Cal) (the "*Santana* Action"). A proposed order and a declaration pursuant to Civil Local Rule 7-11(a) are attached hereto. This action was filed on January 26, 2024. The *Santana* Action was filed on October 9, 2023, and is currently assigned to the Honorable Edward M. Chen. There are over 30 other cases filed in this District which have been related to the *Santana* Action. (*See Santana* dkt. 54.) Plaintiffs' Counsel have concurrently moved to be appointed interim lead counsel of the class actions against 23andMe, and request that this Court hear that motion after ruling on relation of the *Melvin* Action. A copy of the Motion to Appoint Interim Leadership of Class Action, filed in the *Melvin* Action (*see Melvin* dkt. 4), is attached here. (*See* Exhibit A.)

Plaintiffs submit that the *Melvin* Action is related to the *Santana* Action within the meaning of Civil Local Rule 3-12(a). Actions are related when (1) they "concern substantially the same parties, property, transaction, or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). The *Melvin* and *Santana* Actions involve the same Defendant and arise from the same event. Specifically, Plaintiffs—and the putative classes they seek to represent—in both cases are consumers whose personal genetic information and other identifying information were accessed through Defendant's website, 23andMe, by unauthorized persons (the "Data Breach"). The Plaintiffs in each case allege that the Data Breach occurred as a direct result of Defendant's failure to adequately secure and safeguard the sensitive information entrusted to it, and seek monetary damages, injunctive relief, and other equitable relief. As such, both actions will require adjudication of substantially the same questions of fact and many of the same issues of liability. Given these similarities, separate adjudication of these cases would likely create undue burden on the Court and the Parties, duplication of labor and expenses, and potentially conflicting results. *See* Civil L.R. 3-12(a)(2).

Accordingly, Plaintiffs respectfully request that the *Melvin* Action be deemed related to the

*Santana* Action pursuant to Civil Local Rule 3-12.

                                                Respectfully Submitted,

                                                **DAVID MELVIN** and **J.L.**, individually and on behalf of all others similarly situated,

Dated: January 26, 2024              By: /s/ Rafey S. Balabanian
                                                One of Plaintiffs' Attorneys

                                                Rafey S. Balabanian (SBN 315962)
                                                rbalabanian@edelson.com
                                                EDELSON PC
                                                150 California Street, 18th Floor
                                                San Francisco, California 94111
                                                Tel: 415.212.9300
                                                Fax: 415.373.9435

                                                Jay Edelson (*pro hac vice* forthcoming)
                                                jedelson@edelson.com
                                                J. Eli Wade-Scott (*pro hac vice* forthcoming)
                                                ewadescott@edelson.com
                                                Michael Ovca (*pro hac vice* forthcoming)
                                                movca@edelson.com
                                                Emily Penkowski Perez (*pro hac vice* forthcoming)
                                                epenkowski@edelson.com
                                                Hannah P. Hilligoss (*pro hac vice* forthcoming)
                                                hhilligoss@edelson.com
                                                Edelson PC
                                                350 North LaSalle Street, 14th Floor
                                                Chicago, Illinois 60654
                                                Tel: 312.589.6370
                                                Fax: 312.589.6378

                                                *Counsel for Plaintiffs and the Putative Classes*