Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs David Melvin, J.L., and the Putative Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **DAVID MELVIN and J.L.**, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br> v.<br><br>**23ANDME, INC.**, a Delaware corporation,<br><br>    *Defendant.* | Case No.: 3:24-cv-00487-SK<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

  This Court, having considered Plaintiffs David Melvin and J.L.'s Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 and the concurrently filed Declaration of Rafey S. Balabanian:

  IT IS HEREBY ORDERED THAT the action entitled *Melvin, et al. v. 23andMe, Inc.*, No. 3:24-cv-00487-SK (N.D. Cal) (the "*Melvin* Action"), which was filed on January 26, 2024, is related to *Santana, et al. v. 23andMe, Inc.*, No. 3:23-cv-05147-EMC (N.D. Cal) filed on October 9, 2023, the first-filed action currently assigned to the Honorable Edward M. Chen.

  IT IS FURTHER ORDERED THAT the *Melvin* Action be reassigned to this Court for all

further proceedings.

      IT IS SO ORDERED.

Dated: February 1, 2024

_____
Hon. Edward M. Chen
United States District Judge