1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17

| | |
|---|---|
| JULIE MACMILLAN, individually, and on behalf of all others similarly situated, | Case No. 3:24-cv-00555-DMR |
| Plaintiff, | [P̶R̶O̶P̶O̶S̶E̶D̶] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| 23ANDME, INC. | |
| Defendant. | |

18
19
20
21
22
23
24
25
26
27
28

This Court, having considered the administrative motion by Plaintiff Julie MacMillan to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11,

IT IS HEREBY ORDERED THAT the action entitled *MacMillan v. 23andMe, Inc.*, Case No. 3:24-cv-00555 ("*MacMillan* Action"), which was filed on January 30, 2024, and is currently assigned to Magistrate Judge Donna M. Ryu is related to *Santana, et al. v. 23andMe, Inc.*, Case No. 3:23-cv-05147-EMC (N.D. Cal) (the "*Santana* Action") filed on October 9, 2023, the first-filed action, currently assigned to the Honorable Edward M. Chen.

IT IS FURTHER ORDERED THAT the *MacMillan* Action be reassigned to this Court for all further proceedings.

IT IS SO ORDERED.

DATED: February 7, 2024

_____
Honorable Edward M. Chen
United States District Judge