1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6                        SAN JOSE DIVISION

7

8

9      ERIK STANFORD,                          Case No.  24-cv-00603-VKD

10                    Plaintiff,

11              v.                              **REFERRAL FOR PURPOSE OF
                                                DETERMINING RELATIONSHIP**

12     23ANDME, INC.,

13                    Defendant.

14

15          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the

16   Honorable Edward M. Chen for consideration of whether the case is related to *Santana et al v.*

17   *23andMe, Inc.*, No. 3:23-cv-05147-EMC.

18          **IT IS SO ORDERED.**

19   Dated: February 27, 2024

20

21

22                                             VIRGINIA K. DEMARCHI
                                               United States Magistrate Judge
23

24

25

26

27

28

United States District Court
Northern District of California