# 🔺 STUEVE SIEGEL HANSON

Stueve Siegel Hanson is an AV rated law firm with 30 lawyers located in Kansas City, Missouri. All the firm's lawyers are dedicated to the practice of litigation full time, making it one of the largest litigation-only firms based in the Midwest. The firm calls upon a deep bench of experienced partners and associates, many of whom are former state or federal law clerks including six former United States Circuit Court of Appeals clerks and six former United States District Court clerks. The result of cultivating attorneys with diverse experience is a consistently top-notch work product, respect from opponents, and accolades from peers. The firm has a two-decade record of success in the courtroom, securing hundreds of millions of dollars in jury verdicts, and billions of dollars in settlements across a wide variety of class actions and complex litigation.

The firm's Data Breach and Privacy Group has led over two dozen cases involving many of the largest data breaches on record. Recent appointments include serving as co-lead counsel in multi-district litigation against *Equifax*, *T-Mobile, Capital One*, and *Quest Diagnostics* for breaches of their data security. The firm has been at the forefront of this developing area of law, handling significant matters on appeal, and securing significant relief for data privacy victims in a wide range of cases. Stueve Siegel Hanson was selected by *Law360* as a 2019 and 2023 Cybersecurity & Privacy Group of the Year, recognizing the practice groups that "worked on the biggest deals or achieved the biggest wins in the most important cases."

\*   \*   \*



**Norman E. Siegel** has led many of the most significant data breach cases litigated to date. He is a founding member of the firm and over the last 30 years has gained a national reputation as a stand-out trial lawyer, having successfully tried to verdict a wide range of cases including obtaining multi-million-dollar jury verdicts in both class actions and individual disputes. Norm has also been recognized for obtaining some of the largest and most creative settlements in the country, successfully securing relief for hundreds of millions of class members in a wide variety of cases over the course of his career. *Best Lawyers* named him its 2019 Class Action Litigation "Lawyer of the Year" for his lead role in securing the largest data breach settlement in history in *Equifax*, and his role as lead trial lawyer in a class action tried to a jury resulting in a $34 million verdict against State Farm, which led to a nationwide settlement for an additional $325 million. Other recent accolades include: *Law360* 2020 "MVP" in Cybersecurity Litigation; *Law360* 2020 "MVP" in Class Action Litigation; *Super Lawyers* (2006-2022) Top 50 Attorneys in Kansas City; *US News* Tier 1 rankings in 3 categories including Class Action Litigation; *Lawdragon* Magazine's 500 Leading Plaintiffs' Lawyers in America; *Benchmark Plaintiffs* Litigation Star; and an AV rating from Martindale Hubbell.

Born in Baltimore, Maryland, Norm received a degree in political science from Tufts University, and his J.D. from Washington University in St. Louis. Prior to starting Stueve Siegel in 2001, Norm served as a Missouri Assistant Attorney General and as a partner at what is now Dentons. Norm recently served on the Boards of the Healthcare Foundation of Greater Kansas City, the Kansas City Bar Foundation, and the Negro Leagues Baseball Museum; and was the American Association for Justice's Consumer Privacy and Data Breach litigation group founding co-chair. He is also a member of the American Law Institute.

\*   \*   \*



**Austin Moore** is a partner at Stueve Siegel Hanson who has dedicated a significant portion of his practice to prosecuting consumer class actions on behalf of victims of privacy violations and data breaches. He has represented consumers in many of the nation's largest data breach class actions, including multi-district litigation against *Target*, *Home Depot*, *Anthem Insurance*, *Equifax*, *Marriott*, and *Quest Diagnostics*. Austin has played key roles in these cases including leading plaintiff vetting efforts, chairing law and briefing committees, and negotiating classwide settlements. His recent successes include working with the leadership teams in the *Equifax* and *T-Mobile* data breach litigations to achieve historic classwide settlements and serving as co-lead counsel in the *Citrix* data breach litigation that resulted in a $2.3 million settlement on behalf of current and former employees of the technology company. Austin has also served as appellate counsel in multiple precedent-setting data breach cases, including arguing the preeminent data breach Article III standing opinion in the Third Circuit, *Clemens v. ExecuPharm Inc.*, 48 F.4th 146 (3d Cir. 2022). The *National Law Journal* recently selected Austin as one of the "Rising Stars of the Plaintiff Bar" in its 2023 Elite Trial Lawyers Awards. Austin has also been recognized by *Law360* as one of the "Top Attorneys Under 40" in the country, named a "Rising Star" in class action law by *Super Lawyers*, and honored as an "Up and Coming Lawyer" by *Missouri Lawyers Weekly*.

Austin is a 2011 graduate of the Washington University School of Law in St. Louis where he was an editor of the Washington University Journal of Law & Policy and recipient of the Mary Collier Hitchcock Prize, awarded to one student annually for outstanding legal writing. Austin received his B.A. in Political Science from the University of Mississippi, where he graduated *summa cum laude* and was selected as a member of Phi Beta Kappa. He is the former president of the American Association for Justice's Consumer Privacy and Data Breach Litigation Group and currently serves as a member of the Sedona Conference working groups on Data Security and Privacy Liability.

\* \* \*



**Jillian R. Dent** is a partner at Stueve Siegel Hanson who represents individuals in privacy and consumer class-action litigation. Since joining Stueve Siegel Hanson in April 2019, Jillian has been an integral member of the firm's Data Breach and Privacy Group, serving as the case manager and lead for discovery in several of the firm's largest data breach cases, including *In re Capital One Consumer Data Security Breach Litig.* (E.D. Va.) (final approval granted in September 2022) and *In re T-Mobile Customer Data Security Breach Litig.* (W.D. Mo.) (final approval granted in June 2023). She is currently appointed to the Executive Committee in *In re: HCA Healthcare, Inc. Data Security Litig.*, a data breach involving 11 million patients pending in the Middle District of Tennessee.

In *Capital One*, Jillian's case management position included leading discovery negotiations, arguing discovery and *Daubert* motions, taking depositions, and leading substantive briefing on class certification, summary judgment, and *Daubert* motions. In *T-Mobile*, Jillian was one of the primary drafters of the over 300-page consolidated complaint and led negotiations for e-discovery before the case settled. Jillian has also been the lead case manager in the firm's dairy farmer robotic milker cases, *Bishop et al. v. DeLaval, Inc.* (W.D. Mo.) (final approval granted in July 2022) and *Kruger et al. v. Lely North America, Inc.* (final approval granted in September 2023), for which

she led discovery, took key depositions, and successfully briefed discovery and dispositive motions. Jillian was named a 2021 Up and Coming Lawyer by *Missouri Lawyers Weekly* and to *The Best Layers in America: Ones to Watch for Commercial Litigation* in 2023.

Prior to joining the firm, Jillian served as a judicial law clerk to Judge Duane Benton of the United States Court of Appeals for the Eighth Circuit. Jillian then spent several years as an associate at Sidley Austin in Chicago, where she represented sophisticated clients in complex litigation, including matters involving breach of contract, business torts, breach of fiduciary duty and securities class actions.

Jillian graduated *magna cum laude* and Order of the Coif from the University of Missouri School of Law in 2015, where she served as the Editor-in-Chief of the *Missouri Law Review* and received the Judge Shepard Barclay Prize for the graduating law student with "the highest standing in scholarship and moral leadership." She graduated *summa cum laude* and Phi Beta Kappa from the University of Pennsylvania with her B.A. in English in 2010, after which she taught high school English for two years with Teach for America.



* * *



**Brandi Spates** is an associate at Stueve Siegel Hanson where she advocates on behalf of individual and commercial plaintiffs in complex litigation. She applies her legal experience and background working in higher education to develop strategies that consider the defense's approach and plaintiffs' frame of mind. Her percipience of the personal nature of litigation and skillful legal writing enable her to craft compelling arguments. Among her current cases, Brandi is representing consumers in data breach litigation filed against Quest Diagnostics, stemming from a data breach suffered by the American Medical Collection Agency that exposed millions of Quest patients' personal data. Brandi previously practiced at a midsize firm focusing on employment litigation and counseling.

During law school, Brandi worked in various roles for the Paul E. Wilson Project for Innocence & Post-Conviction Remedies Clinic, Sporting Kansas City, an Am Law 200 firm and the Kansas City Public Schools' Legal Services Department. She also earned an advocacy skills certification for her commitment to pro bono service and was named to the pro bono honor roll. Brandi is a member of the LEANLAB board of directors and is an American Bar Association Young Lawyers Division Scholar and Diversity and Inclusion Member-at-Large.

## SELECTED CONSUMER DATA BREACH AND PRIVACY LITIGATION EXPERIENCE

- *In re: Equifax, Inc., Customer Data Security Breach Litig.* **(N.D. Ga.)** – Norman Siegel was appointed as co-lead counsel in multi-district litigation against Equifax following its massive data breach impacting 147 million Americans. In December 2019, the Court granted final approval to a historic settlement that includes up to $505.5 million in cash benefits and requires Equifax to spend at least $1 billion upgrading its data security.

- *In re: Capital One Consumer Data Security Breach Litig.* **(E.D. Va.)** – Norman Siegel was appointed as co-lead counsel in multi-district litigation against Capital One following a data breach involving 98 million U.S. residents who applied for credit card products. On September 13, 2022,

the Hon. Anthony J. Trenga granted final approval to an "outstanding" settlement that includes a non-reversionary $190 million cash settlement fund "in a case with a significant level of risk."

- ***In re: T-Mobile Customer Data Security Breach Litig.* (W.D. Mo.) –** Norman Siegel was appointed as co-lead counsel in multi-district litigation against T-Mobile following a data breach involving nearly 77 million current, former, and prospective customers. On June 27, 2023, the Hon. Brian C. Wimes granted final approval to a record-breaking settlement that includes the creation of a non-reversionary $350 million cash settlement fund and requires T-Mobile to spend an additional $150 million to improve its network and data security.

- ***In re: Marriott Int'l Inc., Customer Data Security Breach Litig.* (D. Md.) –** Norman Siegel was appointed to the consumer plaintiffs' executive committee representing consumers in multi-district litigation against Marriott and Starwood Hotels following a data breach compromising 383 million guest records. Following extensive discovery, Stueve Siegel worked with the law and briefing team to successfully obtain certification of multiple classes.

- ***In re: Home Depot Customer Data Security Breach Litig.* (N.D. Ga.) –** Norman Siegel was appointed as co-lead counsel to represent consumers in multi-district litigation against Home Depot following a massive data breach affecting more than 50 million consumers. In August 2016, the court approved a final settlement valued at over $29 million that the presiding judge called an "exceptional result" and observed that it "appears to be the most comprehensive settlement achieved in large-scale data breach litigation."

- ***In re: U.S. Office of Personnel Management Data Security Breach Litig.* (D.D.C.) –** Stueve Siegel Hanson represented numerous named plaintiffs in multi-district litigation against the U.S. Office of Personnel Management and its contractor for failing to secure the highly-sensitive background checks of up to 21.5 million individuals. Following a successful appeal, the Hon. Amy Berman Jackson approved a $63 million settlement for government workers on October 26, 2022.

- ***In re: Target Corp. Customer Data Security Breach Litig.* (D. Minn.) –** Norman Siegel was appointed to the plaintiff's steering committee representing consumers in multi-district litigation against Target over its 2013 data breach affecting more than 110 million consumers. In 2018, the Eighth Circuit affirmed approval of a settlement valued at $23 million that provided for $10 million in cash payments to class members and required Target to upgrade its data security practices.

- ***Hutton v. National Board of Examiners in Optometry* (D. Md.) –** Norman Siegel and Austin Moore were appointed as class counsel on behalf of more than 61,000 optometrists who had their personal information compromised by the national optometry board. Following nearly three years of litigation that included a successful appeal, the court approved an "outstanding" $3.25 million non-reversionary cash settlement the funded multiple forms of relief.

- ***AMCA Customer Data Security Breach Litig. – Quest Track* (D. N.J.) –** Norman Siegel was appointed lead counsel to lead the largest track in this litigation involving the compromise of over 11 million customers of Quest Labs. Mr. Siegel has played a central role in the drafting of the consolidated amended complaint and charting strategy for the prosecution of the case.

- ***Clemens v. ExecuPharm Inc.* (E.D. Pa.)** – Norman Siegel and Austin Moore are representing a class of current and former employees of pharmaceutical company ExecuPharm following a data breach that resulted in hackers posting employees' financial information on the dark web. After the case was initially dismissed for lack of Article III injury, counsel prosecuted a successful appeal resulting in a precedential opinion clarifying the contours of "injury" based on the threat of future harm. Settlement approval in the case is pending.

- *Toretto v. Mediant Communications Inc.* **(S.D.N.Y.)** – Stueve Siegel Hanson successfully represented a class of investors after hackers exploited a vulnerability in a financial vendor's e-mail software to obtain the financial and investment information of more than 200,000 individuals. The presiding court found that the vendor owed a duty of care to the victims despite the fact they had no direct relationship. A class settlement received final court approval in January 2023.

- *In re: Citrix Data Breach Litig.* **(S.D. Fla.)** –Austin Moore served as co-lead counsel in consolidated litigation against technology company Citrix, Inc. after the company suffered a 5-month data breach affecting nearly 24,000 current and former employees. In June 2021, the court approved a $2.3 million settlement that offers an array of benefits to class members.

- *Reyes v. Experian* **(C.D. Cal.)** – Norman Siegel and Austin Moore were appointed as class counsel in a privacy lawsuit arising out of Experian's reporting of delinquent loan accounts. After nearly four years of litigation, the court approved a $24 million cash settlement that included automatic cash payments to all class members.

- *In Re: HealthEC Data Breach Litigation* **(D. N.J.)** – Norman Siegel serves as lead counsel in this ongoing data breach impacting medical records of 4.5 million individuals. The suit claims the breach was as a direct result of the failure to maintain reasonable and appropriate cybersecurity protocols and the lack of encryption of sensitive data on its network.

- *Miller v. NextGen Healthcare* **(N.D. Ga.)** – Norman Siegel was recently appointed to serve as co-lead counsel in this action claiming NextGen Healthcare compromised the private health information of over 1 million people. The breach was the result of a hacking incident involving stolen credentials, which allowed unauthorized individuals to access a database that contained sensitive patient data such as names, addresses, dates of birth, and Social Security numbers.

## JUDICIAL AND SPECIAL MASTER REFERENCES FOR NORMAN E. SIEGEL

**Hon. Nanette Laughrey**
Christopher S. Bond
U.S. Courthouse
80 Lafayette Street
Jefferson City, MO 65101
Tel. 573-632-6623

**Hon. Layn Phillips (Ret.)**
Phillips ADR
2101 East Coast Highway, #250
Corona Del Mar, CA 92625
Tel. 949-760-5280

**Hon. Gary Fenner**
Charles Evans Whittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106
Tel. 816-512-5000

**Hon. Thomas Thrash**
2188 Richard B. Russell
U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
Tel. 404-215-1550

**Hon. Fernando Gaitan**
Charles Evans Whittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106
Tel. 816-512-5630

**Hon. Anthony Trenga**
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314
Tel. 703-299-2100

