

# Maureen M. Brady

1656 Washington Street, Suite 120, Kansas City, MO 64108 • o: (816) 888-8010 • f: (816) 332-6295

**Professional Experience:**

*Managing Member/Owner*, **McShane & Brady, LLC**, Kansas City, MO – April 2013 to present
*Associate*, **Sanders Warren & Russell, LP,** Overland Park, KS - October 2008 to April 2013
*Law Clerk,* **Hon. Michael W. Manners,** Independence, MO - October 2005 to October 2008

**Representative Cases:**

> **In Re: T-Mobile Customer Data Security Breach Litigation:** Western District of Missouri – MDL No. 3019 – Master Case No. 4:21-md-03019-BCW. Member of Executive Committee. Data breach case involving millions of customers personally identifiable information ($350 million settlement)
> **In Re: Mednax Services, Inc. Customer Data Security Breach Litigation:** Southern District of Florida – 21-MD-02994-RAR Co-Lead Counsel in Multidistrict Litigation (MDL) case of privacy/breach of fiduciary duty wherein thousands of patient medical records were released (ongoing litigation)
> **Skurauskis v. NationsBenefits**: Southern District of Florida – 0:23-cv-60830-RAR. Member of the Executive Committee. Healthcare Data Breach involving millions of patient records and Protected Health Information. (ongoing litigation)
> **C.M. v. BetterHelp, Inc.**: Northern District of California – 3:23-cv-01033-RS. Co-Lead Counsel. Healthcare Data Breach involving the disclosure of millions of mental health records and Protected Health Information. (ongoing litigation)
> **T.P.H. v. Blue Springs Family Care:** Jackson County Circuit Court – 1916-CV07105 Lead counsel for class case involving disclosure of medical records through phishing scam ($2.2 million settlement)
> **T.L. v. Truman Medical Center**: Jackson County Circuit Court – 1916-CV34029 Co-Lead Counsel for class case involving disclosure of medical records on a stolen laptop ($3.1 million settlement with healthcare provider)
> **K.A., et al. v. Children's Mercy Hospital:** Circuit Court Jackson County, MO– 1816-CV13521 Co-Lead Counsel for class case involving disclosure of medical records from vehicle owned by employee of hospital (confidential settlement)
> **D.H vs. Med-Data**: Jackson County, MO – 2116-CV09146
> McShane & Brady is lead counsel on a class action breach of fiduciary duty resulting from data containing private information was uploaded to a public facing website. The parties were able to resolve the case on a class-wide basis at mediation.

**Maureen M. Brady**

**Community and Volunteer Service:**

- American Heart Association Go Red for Women Executive Leadership Team- 2019-present
- Empowering Parents Kansas City-Board Member, 2020-Present
- Association of Women Lawyers-Kansas City-Board Member, 2015-Present
- Missouri Assn of Trial Attorneys (MATA) – Member, 2013-Present
- MATA Member Board of Governors – 2015-Present
- Braden's Hope – Advisory Board Member, 2015-2017
- Missouri Bar Leadership Academy – 2013-2014
- Missouri Bar Solo and Small Firm Chairperson- 2021-present
- Missouri Bar Solo and Small Firm Conference Planning Committee - 2014-Present
- Vice-Chairperson Missouri Bar 2015 - 2021 Solo and Small Firm Conference
- Board of Creighton University Alumni Association - 2008-Present

**Publications and Presentations:**

"Taxable Court Costs" – CLE – Missouri Bar 2013
"HIPAA Privacy Laws – Pitfalls" – CLE – KCMBA Bench Bar and Boardroom Conference 2015
"HIPAA Damages" – CLE – MATA Annual Convention 2015
"Protecting Attorneys against Fiduciary Breaches" – CLE – Missouri Bar Family Law Conference 2015, 2023
"Protecting Your Privacy : HIPAA" UMKC School of Law, *Res Ipsa*, Alumni Magazine, Fall 2014
"What is Privacy Worth?" – MATA Quarterly Newsletter Publication, Spring 2015

**Bar Admission and Professional Affiliations:**

- Admitted to U.S. Supreme Court, 2011
- Admitted to Missouri Bar, 2005
- Admitted to Kansas Bar, 2006
- Admitted to the 9th Circuit Court of Appeals, 2015
- Admitted to 10th Circuit Court of Appeals, 2010
- Admitted to Eastern District of Missouri, 2015
- Member, Kansas City Metropolitan Bar Association
- Member, Association for Women Lawyers of Greater KC
- Admitted to Western District of Missouri, 2008
- Admitted to Kansas District Court, 2008
- Member, Missouri Assn of Trial Attorneys
- Member, American Association of Justice

**Honors, Awards & Recognition:**

2020-2023-The Power List, Top 30 Commercial & Consumer Litigators in Missouri, Missouri Lawyers Media
2020- Litigation Practitioner Award in Missouri, Missouri Lawyers Media
2018 – Innovator's Award - Missouri Lawyer's Weekly
2014-2021 – Top 100 Trial Lawyers
2013, 2014, 2016 – KC Business Journal - *Best of the Bar*, Plaintiff's Personal Injury
2014 - 2023 – Super Lawyers of Missouri and Kansas – *Top 50 Women; Top 50 Kansas City Lawyers; Top 100 Lawyers in Missouri/Kansas*
2011-2017 – Super Lawyers of Missouri and Kansas – *Rising Star* and *Super Lawyers*
2014-2018 – AV rating by Martindale Hubbell
2016, 2019 – Association of Women Lawyers President's Award
2017 – St. Teresa's Academy Dream Team