| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth J. Cabraser (SBN 83151)<br>ecabraser@lchb.com<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa A. Gardner (SBN 289096)<br>mgardner@lchb.com<br>Jallé Dafa (SBN 290637)<br>jdafa@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000 | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Dorothy P. Antullis<br>Stuart A. Davidson<br>Lindsey H. Taylor<br>Nicolle B. Brito (333130)<br>Alexander C. Cohen<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax)<br>dantullis@rgrdlaw.com<br>sdavidson@rgrdlaw.com<br>ltaylor@rgrdlaw.com<br>nbrito@rgrdlaw.com<br>acohen@rgrdlaw.com |

*Attorneys for Richard Roe, John Q. Public, and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA SANTANA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>23ANDME, INC.,<br><br>                    Defendant. | Case No. 23-CV-5147-EMC<br><br>**PLAINTIFFS RICHARD ROE AND JOHN Q. PUBLIC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Plaintiffs Richard Roe and John Q. Public ("Plaintiffs"), by and through their undersigned counsel, move, pursuant to Local Rule 3-12 of the United States District Court for the Northern District of California, for an order designating the case captioned *Roe et al. v. 23andMe, Inc.*, Case No. 3:24-cv-02319 (N.D. Cal.) as related to *Santana v. 23andMe, Inc.*, No. 23-cv-5147-EMC (N.D. Cal.).

**PROCEDURAL BACKGROUND**

1. On April 11, 2024, the Judicial Panel on Multidistrict Litigation issued a Transfer Order pursuant to 28 U.S.C. § 1407 centralizing cases involving the data breach against Defendant 23andMe, Inc. to Judge Chen in the Northern District of California. MDL No. 3098, Dkt. 89 (J.P.M.L.) (Apr. 11, 2024). That order transferred thirty-one cases, including the above-captioned case, to Judge Chen.

2. Judge Chen has not yet authorized direct filing in the MDL, which is captioned *In re: 23andMe, Inc., Customer Data Security Breach Litigation*, 3:24-md-3098-EMC (N.D. Cal.).

3. On April 18, 2024, Plaintiffs filed a class action complaint. *See Roe et al. v. 23andMe, Inc.*, Case No. 3:24-cv-02319 (N.D. Cal.).

**LEGAL STANDARD**

Under Local Rule 3-12, "an action is related to another when: (1) [t]he action concerns substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." L.R. 3-12(a).

**ARGUMENT**

Plaintiffs' action concerns the same parties, transactions, and events as the cases that have previously been transferred by the J.P.M.L. to Judge Chen. Each case names 23andMe, Inc. as a defendant. Likewise, each action arises out of the October 2023 data breach that 23andMe announced and is brought on behalf of 23andMe customers who had their personally identifiable information stolen in the data breach. Furthermore, Plaintiffs' action and the previously-filed actions seek to represent similar proposed classes. Accordingly, all of these actions would result in undue burden and work if conducted before different judges.

## CONCLUSION

Plaintiffs Roe and Public respectfully request that their case be related to the above-captioned action and assigned to the Honorable Edward M. Chen as part of the *In re: 23andMe, Inc., Customer Data Security Breach Litigation*, 3:24-md-3098-EMC (N.D. Cal.) multidistrict litigation.

DATED:  April 18, 2024

Respectfully submitted,

*/s/  Melissa A. Gardner*
Melissa A. Gardner (SBN 289096)
mgardner@lchb.com
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Jallé Dafa (SBN 290637)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Sean A. Petterson (*pro hac vice* forthcoming)
spetterson@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500

**ROBBINS GELLER RUDMAN & DOWD LLP**
Dorothy P. Antullis (*pro hac vice* forthcoming)
Stuart A. Davidson (*pro hac vice* forthcoming)
Lindsey H. Taylor(*pro hac vice* forthcoming)
Alexander C. Cohen (*pro hac vice* forthcoming)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone:  561.750.3000
dantullis@rgrdlaw.com
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com
acohen@rdrglaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Aelish M. Baig (SBN 201279)
Taeva Shefler (SBN 291637)

One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:  415.288.4545
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com

*Attorneys for Richard Roe, John Q. Public, and the Proposed Class*