| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth J. Cabraser (SBN 83151)<br>ecabraser@lchb.com<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa A. Gardner (SBN 289096)<br>mgardner@lchb.com<br>Jallé Dafa (SBN 290637)<br>jdafa@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000 | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Dorothy P. Antullis<br>Stuart A. Davidson<br>Lindsey H. Taylor<br>Nicolle B. Brito (333130)<br>Alexander C. Cohen<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax)<br>dantullis@rgrdlaw.com<br>sdavidson@rgrdlaw.com<br>ltaylor@rgrdlaw.com<br>nbrito@rgrdlaw.com<br>acohen@rgrdlaw.com |

*Attorneys for Richard Roe, John Q. Public, and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA SANTANA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>23ANDME, INC.,<br><br>Defendant. | Case No. 23-CV-5147-EMC<br><br>**DECLARATION OF MELISSA A. GARDNER IN SUPPORT OF PLAINTIFFS RICHARD ROE AND JOHN Q. PUBLIC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

2986452.1

DECLARATION OF MELISSA A. GARDNER ISO MOT. TO RELATE CASES

1    I, Melissa A. Gardner, declare as follows:

2    1.    I am an attorney at Lieff Cabraser Heimann & Bernstein LLP, one of counsel for Plaintiffs Richard Roe and John Q. Public ("Plaintiffs") in *Roe et al. v. 23andMe, Inc.*, Case No. 3:24-cv-02319 (N.D. Cal.) (the "*Roe* Action"). Pursuant to Civil Local Rules 3-12 and 7-11, I submit this Declaration in Support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.

2.    The *Roe* Action was filed on April 18, 2024, and is not yet assigned to any judge. *Santana v. 23andMe, Inc.*, No. 23-cv-5147-EMC (N.D. Cal.) (the "*Santana* Action") was filed on October 9, 2023, and is the first-filed action. The *Santana* Action is currently assigned to the Honorable Edward M. Chen.

3.    Following the filing of the *Santana* Action, over thirty cases, were filed in the United States District Court for the Northern District of California and they, along with cases filed in other jurisdictions, were sent to the Judicial Panel on Multidistrict Litigation.

4.    On April 11, 2024, the Judicial Panel on Multidistrict Litigation issued a Transfer Order pursuant to 28 U.S.C. § 1407 centralizing cases involving the data breach against Defendant 23andMe, Inc. to Judge Chen in the Northern District of California. MDL No. 3098, Dkt. 89 (J.P.M.L.) (Apr. 11, 2024). That order transferred thirty-one cases, including the above-captioned case, to Judge Chen.

5.    Judge Chen has not yet authorized direct filing in the MDL, which is captioned *In re: 23andMe, Inc., Customer Data Security Breach Litigation*, 3:24-md-3098-EMC (N.D. Cal.).

6.    The *Roe* Action concerns the same parties, transactions, and events as the cases that have previously been transferred by the J.P.M.L. to Judge Chen. Each case names 23andMe, Inc. as a defendant. Likewise, each action arises out of the October 2023 data breach that 23andMe announced and is brought on behalf of 23andMe customers who had their personally identifiable information stolen in the data breach. Furthermore, Plaintiffs' action and the previously-filed actions seek to represent similar proposed classes. Accordingly, all of these actions would result in undue burden and work if conducted before different judges.

7. Given the large number of parties and counsel involved in this multidistrict litigation, *In re: 23andMe, Inc., Customer Data Security Breach Litigation*, 3:24-md-3098-EMC (N.D. Cal.), it would not be efficient to obtain a stipulation pursuant to Local Rule 7-11.

8. Concurrently with the filing of this Motion, the parties in the related actions will be served with copies of this motion and all supporting documents filed with it.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 18th day of April, 2024 in San Francisco, California.

*/s/ Melissa A. Gardner*
Melissa A. Gardner