UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA SANTANA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>23ANDME, INC.,<br><br>　　　　　　　Defendant. | Case No. 23-CV-5147-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS RICHARD ROE AND JOHN Q. PUBLIC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1    Plaintiffs Richard Roe and John Q. Public's ("Plaintiffs") Administrative Motion to
2  Consider Whether Cases Should Be Related (the "Motion") has come before the Court. Having
3  considered the papers submitted in support, and in opposition, if any, and for GOOD CAUSE
4  shown, the Court ORDERS as follows:
5    1.   The Motion is GRANTED;
6    2.   *Roe et al. v. 23andMe, Inc.*, Case No. 3:24-cv-02319 (N.D. Cal.). is deemed related
7  to the above-captioned action and assigned to the undersigned Honorable Edward M. Chen, and is
8  hereby transferred into the pending MDL *In re: 23andMe, Inc., Customer Data Security Breach*
9  *Litigation*, 3:24-md-3098-EMC (N.D. Cal.).

11   **IT IS SO ORDERED**

13   Date: April ___, 2024

      _____
14                                           HONORABLE EDWARD M. CHEN
                                             UNITED STATES DISTRICT JUDGE