| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| Elizabeth J. Cabraser (SBN 83151) | Dorothy P. Antullis (*pro hac vice*) |
| ecabraser@lchb.com | dantullis@rgrdlaw.com |
| Michael W. Sobol (SBN 194857) | Stuart A. Davidson (*pro hac vice*) |
| msobol@lchb.com | sdavidson@rgrdlaw.com |
| Melissa A. Gardner (SBN 289096) | Lindsey H. Taylor (*pro hac vice*) |
| mgardner@lchb.com | ltaylor@rgrdlaw.com |
| Jallé Dafa (SBN 290637) | Alexander C. Cohen (*pro hac vice*) |
| jdafa@lchb.com | acohen@rdrglaw.com |
| 275 Battery Street, 29th Floor | 225 NE Mizner Boulevard, Suite 720 |
| San Francisco, CA 94111 | Boca Raton, FL 33432 |
| Telephone: 415.956.1000 | Telephone: 561/750-3000 |

*Attorneys for Plaintiffs Richard Roe, John Q. Public, and the Class (Case No. 24-2319)*

*Attorneys for Plaintiffs John Doe, Richard Roe, John Q. Public, and the Class (Case Nos. 23-05717 and 24-2319)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3098 |
| MONICA SANTANA, et al, <br><br> Plaintiffs, <br><br> V. <br><br> 23ANDME, INC., <br><br> Defendant | No. 3:23-cv-05147-EMC <br><br> **JOINT DECLARATION OF DOROTHY P. ANTULLIS AND MELISSA A. GARDNER IN SUPPORT OF MOTION TO APPOINT PLAINTIFFS' CO-LEAD COUNSEL AND INTERIM CLASS COUNSEL UNDER FED. R. CIV. P. 23(g)** <br><br> Judge: Hon. Edward M. Chen <br> Courtroom: 5, 17th Floor |

We, DOROTHY P. ANTULLIS and MELISSA A. GARDNER declare:

1. Dorothy P. Antullis is a member in good standing of the Florida State Bar and a partner in the law firm Robbins Geller Rudman & Dowd LLP's. Melissa Gardner is a member in good standing of the California State Bar and a partner in the law firm Lieff, Cabraser, Heimann & Bernstein, LLP. Except as otherwise noted, we have personal knowledge of the facts set forth herein, and if called to testify thereto, could and would do so competently.

2. *By Dorothy P. Antullis only*: Attached hereto as **Exhibit 1** is a true and correct copy of Robbins Geller Rudman & Dowd LLP's Consumer Fraud and Privacy and Antitrust firm resume and the biographies of Dory P. Antullis, Stuart A. Davidson, Aelish Marie Baig, Alexander C. Cohen, and Taeva C. Shefler.

3. *By Melissa Gardner only*: Attached hereto as **Exhibit 2** is a true and correct copy of Lieff Cabraser Heimann & Bernstein LLP's firm resume.

I declare under penalty of perjury that the foregoing is true and correct as to all matters of which I have personal knowledge. Executed this 18th day of April, 2024 in Davie, Florida.

*/s/ Dorothy P. Antullis*
Dorothy P. Antullis

I declare under penalty of perjury that the foregoing is true and correct as to all matters of which I have personal knowledge. Executed this 18th day of April, 2024 in San Francisco, California.

*/s/ Melissa Gardner*
Melissa Gardner

1

**ATTESTATION**

I, Melissa Gardner, am the ECF user whose identification and password are being used to file this Joint Declaration. I hereby attest that Dorothy P. Antullis has concurred in this filing.

*/s/ Melissa Gardner*
Melissa Gardner, Esq.

2