Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Tyson Redenbarger (SBN 294424)
Gia Jung (SBN 340160)
jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com
tredenbarger@cpmlegal.com
gjung@cpmlegal.com
**COTCHETT, PITRE &**
  **MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Francis Bottini (SBN 175783)
Anne B. Beste (SBN 326881)
Albert Y. Chang (SBN 296065)
*fbottini@bottinilaw.com*
*abeste@bottinilaw.com*
*achang@bottinilaw.com*
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff Rudy K. Thompson*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 3:24-md-03098-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPOINT THE COTCHETT-BOTTINI TEAM AS INTERIM CO-LEAD COUNSEL**<br><br>**Date:** June 13, 2024<br>**Time:** 1:30 p.m.<br>**Judge:** Hon. Edward M. Chen<br>**Place:** Courtroom 5, 17th Floor<br>**Or as set by the Court** |

1 | Having considered the motion of Plaintiff Rudy K. Thompson to Appoint the Cotchett-Bottini Team as Interim Co-Lead Counsel; and good cause appearing, the Court grants the motion and orders that:

1. The law firms of Cotchett, Pitre & McCarthy, LLP and Bottini & Bottini, Inc. are hereby appointed as Interim Co-Lead Counsel for plaintiffs.

2. Interim Co-Lead counsel shall manage the prosecution of this litigation on behalf of plaintiffs and the class before determining whether to certify the action as a class action.  Lead Counsel shall be responsible for, among other things, (a) preparing all pleadings; (b) briefing and arguing motions; (c) conducting discovery; (d) implementing a case plan; and (e) conducting any settlement negotiations on behalf of plaintiffs and the class.

**IT IS SO ORDERED.**

Dated:  _____.

Hon. Edward M. Chen
United States District Judge

[Proposed] Order Granting Motion to Appoint the Cotchett-Bottini Team as Interim Co-Lead Counsel; Case No. 3:24-md-03098-EMC   - 1 -