Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Tyson Redenbarger (SBN 294424)
Gia Jung (SBN 340160)
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*tredenbarger@cpmlegal.com*
*gjung@cpmlegal.com*
**COTCHETT, PITRE &**
  **MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Francis Bottini (SBN 175783)
Anne B. Beste (SBN 326881)
Albert Y. Chang (SBN 296065)
*fbottini@bottinilaw.com*
*abeste@bottinilaw.com*
*achang@bottinilaw.com*
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff Rudy K. Thompson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 3:24-md-03098-EMC<br><br>**NOTICE OF APPEARANCE OF MARK C. MOLUMPHY ON BEHALF OF PLAINTIFF RUDY K. THOMPSON** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, a member of this Court in good standing, hereby appears as counsel for Plaintiff Rudy K. Thompson. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

Mark C. Molumphy<br>
Cotchett, Pitre & McCarthy, LLP<br>
840 Malcolm Road<br>
Burlingame, CA 94010<br>
Telephone: (650) 697-6000<br>
Facsimile: (650) 697-0577<br>
mmolumphy@cpmlegal.com

Dated: April 19, 2024                                **COTCHETT, PITRE & McCARTHY, LLP**

                                                                 */s/ Mark C. Molumphy*
                                                                 MARK C. MOLUMPHY

                                                                 *Attorney for Plaintiff Rudy K. Thompson*