| | |
|---|---|
| 1 | Joseph W. Cotchett (SBN 36324) |
| 2 | Mark C. Molumphy (SBN 168009) |
|   | Tyson Redenbarger (SBN 294424) |
|   | Gia Jung (SBN 340160) |
| 3 | *jcotchett@cpmlegal.com* |
|   | *mmolumphy@cpmlegal.com* |
| 4 | *tredenbarger@cpmlegal.com* |
|   | *gjung@cpmlegal.com* |
| 5 | **COTCHETT, PITRE &** |
|   | **MCCARTHY, LLP** |
| 6 | 840 Malcolm Road, Suite 200 |
|   | Burlingame, CA 94010 |
| 7 | Tel: (650) 697-6000 |
|   | Fax: (650) 697-0577 |
| 8 | |
| 9 | Francis Bottini (SBN 175783) |
|   | Anne B. Beste (SBN 326881) |
|   | Albert Y. Chang (SBN 296065) |
| 10 | *fbottini@bottinilaw.com* |
|   | *abeste@bottinilaw.com* |
| 11 | *achang@bottinilaw.com* |
| 12 | **BOTTINI & BOTTINI, INC.** |
|   | 7817 Ivanhoe Avenue, Suite 102 |
|   | La Jolla, CA 92037 |
| 13 | Tel: (858) 914-2001 |
|   | Fax: (858) 914-2002 |

*Attorneys for Plaintiff Rudy K. Thompson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 3:24-md-03098-EMC<br><br>**NOTICE OF APPEARANCE OF GIA JUNG ON BEHALF OF PLAINTIFF RUDY K. THOMPSON** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, a member of this Court in good standing, hereby appears as counsel for Plaintiff Rudy K. Thompson. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

Gia Jung
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
gjung@cpmlegal.com

Dated: April 19, 2024                              **COTCHETT, PITRE & McCARTHY, LLP**

                                                                */s/ Gia Jung*
                                                                GIA JUNG

                                                                *Attorney for Plaintiff Rudy K. Thompson*