1  Joseph W. Cotchett (SBN 36324)
2  Mark C. Molumphy (SBN 168009)
   Tyson Redenbarger (SBN 294424)
3  Gia Jung (SBN 340160)
   jcotchett@cpmlegal.com
4  mmolumphy@cpmlegal.com
   tredenbarger@cpmlegal.com
5  gjung@cpmlegal.com
6  **COTCHETT, PITRE &**
     **MCCARTHY, LLP**
7  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
8  Tel: (650) 697-6000
   Fax: (650) 697-0577
9

10  Francis Bottini (SBN 175783)
    Anne B. Beste (SBN 326881)
11  Albert Y. Chang (SBN 296065)
    *fbottini@bottinilaw.com*
12  *abeste@bottinilaw.com*
    *achang@bottinilaw.com*
13  **BOTTINI & BOTTINI, INC.**
    7817 Ivanhoe Avenue, Suite 102
14  La Jolla, CA 92037
    Tel: (858) 914-2001
15  Fax: (858) 914-2002
16
    *Attorneys for Plaintiff Rudy K. Thompson*
17

18                         **UNITED STATES DISTRICT COURT**
                           **NORTHERN DISTRICT OF CALIFORNIA**
19                              **SAN FRANCISCO DIVISION**

20

21  *IN RE: 23ANDME, INC. CUSTOMER DATA*    Case No. 3:24-md-03098-EMC
    *SECURITY BREACH LITIGATION*
22
                                             **ADMINISTRATIVE MOTION TO**
23  This Document Relates To: All Actions   **CONSIDER WHETHER CASES SHOULD**
                                             **BE RELATED PURSUANT TO CIVIL**
24                                           **LOCAL RULES 3-12 AND 7-11**

25

26

27

28

Plaintiff Rudy K. Thompson ("Plaintiff") submits this administrative motion, pursuant to Civil Local Rules 3-12(b) and 7-11(a), as well as MDL Panel Rules 7.1 and 7.2, to consider whether the above entitled action, *Thompson v. 23andMe, Inc.*, Case No. 3:24-cv-01418-AGT (the "*Thompson* Action"), which was filed on March 8, 2024 and is currently assigned to Magistrate Judge Alex G. Tse, should be related to other similar pending actions in this District. Specifically, the Plaintiff moves the Court to consider whether the *Thompson* Action should be related to *Santana v. 23andMe, Inc.*, No. 23-cv-5147-EMC (N.D. Cal.) as part of the multidistrict litigation titled *In re: 23andMe, Inc., Customer Data Security Breach Litigation*, 3:24-md-03098-EMC (N.D. Cal) ("*In re 23andMe*").

Plaintiff submits that the *Thompson* Action is related to the *In re 23andMe* Action within the meaning of Civil Local Rule 3-12(a). Actions are related when (1) the actions substantially concern the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judicial officers. Civ. L.R. 3-12(a). The *Thompson* Action and the actions consolidated in *In re 23andMe* involve the same Defendant, arise from the same event, and concern substantially the same facts. See Civ. L.R. 3-12(a)(1). Specifically, Plaintiffs are consumers that allege that their private personally identifiable information ("PHI") and personal genetic information ("PGI") was stolen from 23andMe by unauthorized persons in early October 2023 (the "Data Breach").

Furthermore, the cases are putative class actions seeking to represent substantially similar, if not identical, putative classes, and seek damages and other relief. As such, each action will require adjudication of substantially the same questions of law and fact.

Given these similarities, it "appears likely that there will be an unduly burdensome duplication of labor and expenses of conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a)(2). Indeed, having these actions prosecuted separately would create an undue burden on the Court and parties and cause duplication of labor and expense, as well as lead to potentially conflicting results. Relating these actions will conserve judicial resources and ensure consistent results.

Accordingly, Plaintiff Thompson respectfully requests that the Thompson Action be deemed related to *In re 23andMe* pursuant to Local Rule 3-12(a).

Dated:  April 19, 2024

Respectfully submitted,
Cotchett, Pitre & McCarthy, LLP

*/s/ Gia Jung*
GIA JUNG

Gia Jung (SBN 340160)
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Email:      *gjung@cpmlegal.com*
            *jcotchett@cpmlegal.com*
            *mmolumphy@cpmlegal.com*
            *tredenbarger@cpmlegal.com*

Bottini & Bottini, Inc.

*/s/ Francis A. Bottini, Jr.*
FRANCIS A. BOTTINI, JR.

Francis A. Bottini, Jr. (SBN 175783)
Anne B. Beste (SBN 326881)
Albert Y. Chang (SBN 296065)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Email:      *fbottini@bottinilaw.com*
            *abeste@bottinilaw.com*
            *achang@bottinilaw.com*

*Counsel for Plaintiff Rudy K. Thompson*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Gia Jung, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of April 2024, at Burlingame, California.

By  /s/ *Gia Jung*
    Gia Jung