Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Tyson Redenbarger (SBN 294424)
Gia Jung (SBN 340160)
jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com
tredenbarger@cpmlegal.com
gjung@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Francis Bottini (SBN 175783)
Anne B. Beste (SBN 326881)
Albert Y. Chang (SBN 296065)
*fbottini@bottinilaw.com*
*abeste@bottinilaw.com*
*achang@bottinilaw.com*
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff Rudy K. Thompson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 3:24-md-03098-EMC<br><br>**DECLARATION OF GIA JUNG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

Declaration of Gia Jung in Support of Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Civil Local Rules 3-12 And 7-11

Case No. 3:24-md-03098-EMC

I, Gia Jung, declare as follows:

1. I am an attorney at Cotchett, Pitre & McCarthy, LLP, one of counsel for Plaintiff Rudy K. Thompson ("Plaintiff") in *Thompson v. 23andMe, Inc.*, Case No. 3:24-cv-01418-AGT (N.D. Cal.) (the "*Thompson* Action"). Pursuant to Civil Local Rules 3-12 and 7-11, I submit this Declaration in Support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.

2. The *Thompson* Action was filed on March 8, 2024, and is currently assigned to Judge Alex G. Tse. *Santana v. 23andMe, Inc.*, No. 23-cv-5147-EMC (N.D. Cal.) was filed on October 9, 2023, and is the first-filed action. *In re: 23andMe, Inc., Customer Data Security Breach Litigation*, 3:24-md-03098-EMC (N.D. Cal) ("*In re 23andMe*") is the centralized case consolidating the actions in the Northern District of California pursuant to the Judicial Panel on Multidistrict Litigation's April 11, 2024 transfer order. *In re 23andMe* is currently assigned to Judge Chen.

3. The *Thompson* Action and the actions consolidated in *In re 23andMe* involve the same Defendant, arise from the same event, and concern substantially the same facts. See Civ. L.R. 3-12(a)(1). Specifically, Plaintiffs are consumers that allege that their private personally identifiable information ("PHI") and personal genetic information ("PGI") was stolen from 23andMe by unauthorized persons in early October 2023 (the "Data Breach"). The cases are putative class actions seeking to represent substantially similar, if not identical, putative classes, and seek damages and other relief. As such, each action will require adjudication of substantially the same questions of law and fact.

4. Given these similarities, it "appears likely that there will be an unduly burdensome duplication of labor and expenses of conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a)(2). Indeed, having these actions prosecuted separately would create an undue burden on the Court and parties and cause duplication of labor and expense, as well as lead to potentially conflicting results. Relating these actions will conserve judicial resources and ensure consistent results.

5. Concurrently with the filing of this Motion, the parties in the related actions will be served with copies of this motion and all supporting documents filed with it.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 19th day of April, 2024 in San Francisco, California.

/s/ *Gia Jung*
GIA JUNG