1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA SANTANA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>23ANDME, INC.,<br><br>　　　　　　　Defendant. | Case No. 23-CV-5147-EMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS RICHARD ROE AND JOHN Q. PUBLIC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

1 | Plaintiffs Richard Roe and John Q. Public's ("Plaintiffs") Administrative Motion to
2 | Consider Whether Cases Should Be Related (the "Motion") has come before the Court. Having
3 | considered the papers submitted in support, and in opposition, if any, and for GOOD CAUSE
4 | shown, the Court ORDERS as follows:
5 |     1.    The Motion is GRANTED;
6 |     2.    *Roe et al. v. 23andMe, Inc.*, Case No. 3:24-cv-02319 (N.D. Cal.). is deemed related
7 | to the above-captioned action and assigned to the undersigned Honorable Edward M. Chen, and is
8 | hereby transferred into the pending MDL *In re: 23andMe, Inc., Customer Data Security Breach*
9 | *Litigation*, 3:24-md-3098-EMC (N.D. Cal.).

**IT IS SO ORDERED**

Date: April 22, 2024

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE